IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN WESLEY DOGGETT                                                                                      PLAINTIFF

v.                                         Case No. 1:25-cv-1062

OFFICER SNAY,
El Dorado Police Department                                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 11, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge